UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

| | |
|---|---|
| **LARS LOFSTRAND,** | )<br>)<br>) Case No.: 4:21-cv-00177-ALM |
| Plaintiff, | ) |
| v. | )<br>) |
| **STRAIGHT MARKETING, LLC,** | )<br>) |
| Defendant. | )<br>) |

**NOTICE OF VOLUNTARY DISMISSAL**

TO THE CLERK:

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff voluntarily dismisses the Complaint with prejudice.


Dated: July 26, 2021        BY: */s/ Jacob U. Ginsburg*
                                Jacob U. Ginsburg, Esquire
                                Kimmel & Silverman, P.C.
                                30 East Butler Pike
                                Ambler, PA 19002
                                Phone: (215) 540-8888 ext. 167
                                Facsimile: (877) 788-2864
                                Email: teamkimmel@creditlaw.com
                                Attorney for Plaintiff